IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WALTER THOMAS DALTON, et al. | ) | |
| | ) | |
| v. | ) | No. 3:05-0004 |
| | ) | JUDGE CAMPBELL |
| ROBERT TARVER, et al. | ) | |

ORDER

Pending before the Court is Motion for Summary Judgment (Docket No. 43) filed by Koch Foods of Cumming, LLC ("Koch Foods") to which no response has been filed. For the reasons stated in the accompanying Memorandum, the Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE